United States District Court
for the
Southern District of Florida

| Mazzard Brandon McMillian, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-20684-Civ-Scola |
| | ) |
| Colonel Patrick Riggins and others, | ) |
| Defendants. | ) |

**Order Adopting Magistrate's Report and Recommendation**

This 42 U.S.C. § 1983 case was referred to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. On March 6, 2019, Judge Reid issued her first report and recommendation in this case, recommending that McMillian's complaint be dismissed but that he be permitted to amend his complaint. (ECF No. 6.) The Court adopted that recommendation, affording McMillian the opportunity to amend. (ECF No. 8.) McMillian thereafter submitted an amended complaint and Judge Reid now recommends that the Court afford McMillian the opportunity to proceed on the bulk of his claims. (ECF No. 11.) McMillian objects to that portion of the report that recommends that his complaint against the Florida Department of Corrections be dismissed. (Pet'r's Objs., ECF No. 12.)

The Court has considered McMillian's objections and has subjected the entirety of Judge Reid's report and recommendation and the record in this case to de novo review. The Court agrees in full with Judge Reid's findings, conclusions, and recommendations: McMillian claims against Defendant Patrick Leon Riggins for the unlawful use of force and the retaliatory falsification of disciplinary reports; and against Assistant Warden Herin for his failure to intervene and supervisory liability all survive § 1915 screening. The Court also agrees with Judge Reid that FDOC is not subject to liability for § 1983 claims and is absolutely immune from § 1983 liability, as well.

Based on the Court's review, the Court **affirms and adopts** Judge Reid's report and recommendations (**ECF No. 11**) in full, overruling McMillian's objections. McMillian may proceed *in forma pauperis* with the bulk of his complaint intact, as detailed in Judge Reid's report.

**Done and ordered** in Miami, Florida, on September 20, 2019.

_____
Robert N. Scola, Jr.
United States District Judge