United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mazzard Brandon McMillan, <br> Plaintiff, <br><br> v. <br><br> Colonel Patrick Riggins and others, <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 19-20684-Civ-Scola <br> ) <br> ) <br> ) |

## Judgment

    The Court has granted default judgment in favor of the Plaintiff. (Orders, ECF Nos. 60, 67.) Defendants Department of Corrections and Assistant Warden Herin have been terminated from this case. (ECF Nos. 15, 39.) The Court now enters judgment in favor of Plaintiff Mazzard Brandon McMillan and against Defendant Patrick Riggins, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

    The Court directs the Clerk to **mail** a copy of this order to the pro se litigants at the addresses indicated below.

    **Done and Ordered** in Miami, Florida, on September 16, 2020.

                                                                              _____
                                                                            Robert N. Scola, Jr.
                                                                            United States District Judge

*Copies via U.S. mail to:*
**Patrick Riggins**
5454 NW Briscoe Drive
Port St. Lucie, FL 34986

**Mazzard Brandon McMillian**
#57933
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034